I, Anya Margolina Owen, request an appointment of counsel. Please allow the motion for my pending cases in federal court.

Anya Owen

12/30/24

Anya Owen
399 Congress St, 1034
Boston, MA 02210
857.205.9113
617.905.9626

FILED IN CLERK'S OFFICE
2024 DEC 30 PM 3:18
U.S. DISTRICT COURT
DISTRICT OF MASS.